**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING EMERGENCY TEMPORARY RELIEF

Appellate case name: Renee Jefferson-Smith v. City of Houston, Texas and Harris County, Texas

Appellate case number: 01-19-00903-CV

Trial court case number: 2019-81187

Trial court: 270th District Court of Harris County

Appellant's emergency motion for temporary orders is denied. *See* TEX. R. APP. P. 29.3.

It is so ORDERED.

Judge's signature: _____/s/ Sherry Radack_____
    ☐ Acting individually    ☒ Acting for the Court

Date: __November 22, 2019____